JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No. 8:20-cv-01268-JLS-KES            Date: January 12, 2021
Title: Janeen Giusti v. FCA US LLC et al

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Melissa Kunig | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANTS:

Not Present                                          Not Present

**PROCEEDINGS:** (IN CHAMBERS) ORDER (1) GRANTING MOTION TO REMAND (Doc. 17) AND (2) DENYING AS MOOT MOTION TO STRIKE (Doc. 22)

     Before the Court is Plaintiff's Motion to Remand (MTR, Doc. 17) and Defendant's Motion to Strike the First Amended Complaint (MTS, Doc. 22). Neither party opposed the other's motion. The Court finds this matter appropriate for decision without oral argument, and the hearing set for January 15, 2021, at 10:30 a.m. is VACATED. Fed. R. Civ. P. 78(b); C.D. Cal. L.R. 7-15. For the following reasons, the Court GRANTS Plaintiff's Motion to Remand and DENIES AS MOOT Defendant's Motion to Strike.

     Plaintiff moved to remand this case on July 30, 2020, with a hearing set for January 15, 2021 based on stipulation of the parties. (*See* Order Continuing Motion Hearings, Doc. 42). The local rules require oppositions to be filed no later than twenty-one days before the motion hearing. C.D. Cal. L.R. 7-9. The rules further provide that, except for motions for summary judgment, "[t]he failure to file any required document . . . may be deemed consent to the granting or denial of the motion." C.D. Cal. L.R. 7-12; *see also Korkotyan v. FCA US LLC*, No. 2:19-CV-07384-ODW-PLAx, 2019 WL 5260471, at *1 (C.D. Cal. Oct. 15, 2019) (granting motion to remand based on defendant's failure to timely file opposition); *Ghazali v. Moran*, 46 F.3d 52, 53 (9th Cir.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  8:20-cv-01268-JLS-KES                                                                  Date: January 12, 2021
Title:  Janeen Giusti v. FCA US LLC et al

1995) (upholding district court's dismissal of an action based on plaintiff's failure to oppose defendant's motion to dismiss as required by local rules).

   Because Defendant has not filed an opposition to Plaintiff's Motion to Remand, the Court **GRANTS** Plaintiff's Motion to Remand pursuant to Local Rule 7-12. Defendant's Motion to Strike is **DENIED AS MOOT**.  The matter is hereby **REMANDED** to the Superior Court of California, County of Orange, Case No.: 30-2020-01142267-CU-BC-CJC, 700 Civic Center Drive West, Santa Ana, CA 92701.

Initials of Deputy Clerk: mku